UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS JUAREZ AGUIRRE, | ) | Case No. CV 12-7700 RGK (MRW) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| R. LOPEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, Petitioner's objections to the original Report and Recommendation, and the Final Report and Recommendation of the United States Magistrate Judge. After considering Petitioner's objections, the Court engaged in a de novo review of the Final Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action with prejudice.

DATE: February 21, 2013

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE