UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS JUAREZ AGUIRRE, | ) | Case No. CV 12-7700 RGK (MRW) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| R. LOPEZ, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATE: February 21, 2013

_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE